E-FILED
Friday, 28 June, 2019  09:49:33 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

NICHOLAS CAMPBELL and       )
JODEEN CAMPBELL,       )
      )
      Plaintiffs,       )
      )       Case No.:  19-cv-3090
      v.       )
      )
BLESSING HEALTH SYSTEM,       )
d/b/a BLESSING HOSPITAL,       )
      )
      Defendant.       )

## <u>STATUS REPORT ON SETTLEMENT</u>

Plaintiffs, Nicholas Campbell and Jodeen Campbell, by their attorneys, Jennifer M. Sender and Andrés J. Gallegos of Robbins, Salomon & Patt, Ltd., respectfully move this Court for a brief stay of proceedings of forty-five (45) days. In support of said Motion, the Plaintiffs state as follows:

1.    On May 2, 2019, this Court stayed proceedings to allow the parties to engage in informal discovery and determine if settlement discussions would be fruitful.

2.    Since that time, counsel for Plaintiffs have requested informal discovery in order to make a settlement demand and are awaiting the production of some documents.  The parties have agreed that a continuance of the stay of the proceedings for forty-five (45) days would be beneficial to allow the parties to continue to explore the possibility of settlement.

WHEREFORE, Plaintiffs, Nicholas Campbell and Jodeen Campbell, respectfully request a continuance of the stay of proceedings for forty-five (45) days, after which time the Plaintiffs can report the status and the Court can enter a further order on the proceedings as needed.

Nicholas Campbell and Jodeen Campbell, Plaintiffs.

 /s/ Jennifer M. Sender

_____

One of Their Attorneys

Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
Attorneys for Plaintiffs
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com

3105532 (14215.1)